**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30025 |
| Plaintiff - Appellee, | D.C. No. 1:09-cr-00101-JDS |
| v. | |
| PEDRO GARCIA-VARGAS, a.k.a. Ulises Anaya, a.k.a. Ulysis Anaya, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Jack D. Shanstrom, District Judge, Presiding

Submitted January 17, 2012[**]

Before:      LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

Pedro Garcia-Vargas appeals from the 120-month sentence imposed

following his guilty plea to Count One of the Second Superseding Indictment, in

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

violation of 21 U.S.C. §§ 841(a)(1), 843 and 18 U.S.C. § 2.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Contrary to Garcia-Vargas' contention, the district court did not clearly err in finding Garcia-Vargas ineligible for safety valve relief under 18 U.S.C. § 3553(f) where Garcia-Vargas' proffer was inconsistent with the testimony adduced at trial by the law enforcement agent who investigated the crime and the proffer made by his co-defendant.  *See United States v. Mejia-Pimental*, 477 F.3d 1100, 1107 (9th Cir. 2007) (where proffer of knowledge and participation is truthful and complete, it suffices for purposes of safety valve relief).

**AFFIRMED.**